917 A.2d 781

SCHACTER, TROMBADORE, OFFEN, STANTON & PAVICS, P.A., PLAINTIFF–RESPONDENT, v. TRUDI PETERS, DEFENDANT–MOVANT, v. MICHAEL J. STANTON, ETC., ET AL., DEFEN-DANTS–RESPONDENTS.

February 8, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.